UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00319-MOC-DLH

| | | |
|---|---|---|
| **ESTATE OF JASON CHARLES POWELL, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court *sua sponte*. The court has conferred with all counsel in this case, who indicate that this matter is completely settled. The court will therefore continue the bench trial currently scheduled to begin August 31, 2015, and will stay all related filing deadlines. In lieu of beginning trial, the court will conduct a fairness hearing with Plaintiff Jennifer Powell, Administratrix of the estate of Jason Powell, on August 31, 2015 at 9:30 a.m. to discuss the terms of the settlement. The court therefore enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** the bench trial in this matter scheduled to begin August 31, 2015 is hereby **CONTINUED** and that the filing deadlines related to such trial are **STAYED**. However, given that the court still has outstanding matters to resolve with the parties, **IT IS FURTHER ORDERED** that the Clerk of Court calendar a hearing in this matter for August 31, 2015 at 9:30 a.m.

Signed: August 21, 2015



Max O. Cogburn Jr
United States District Judge